UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
BERT C. ROBERTS, JR., Plaintiff            )        Civil Action
                                           )
    v.                                      )        Case No. 1:04-cv-04089-DLC
                                           )
ASSOCIATED ELECTRIC & GAS                  )
INSURANCE SERVICES LIMITED, et al,         )
Defendants                                 )        Judge Denise L. Cote
                                           )
-------------------------------------------------------x

## MOTION FOR ADMISSION OF
## DAN A. BAILEY PRO HAC VICE

      LOUIS A. SCARCELLA, an attorney duly admitted to the Bar of this Court, based upon the accompanying affidavit of Dan A. Bailey, Esq., hereby moves the admission of Dan A. Bailey, Esq., *pro hac vice*, as counsel to Associated Electric & Gas Insurance Service Limited, in the above-captioned case, to argue and try this action in whole or in part. Dan A. Bailey, Esq. is a member in good standing of the Bar of the State of Ohio, admitted to practice before all state courts in Ohio since 1978. Mr. Bailey is admitted to practice before the United States District Court for the Southern District of Ohio.

Dated: Uniondale, New York        SCARCELLA ROSEN & SLOME LLP
       July 15, 2004

                                   By:  /s/ Louis A. Scarcella
                                        Louis A. Scarcella (LS-3479)

                                        Attorneys for Associated Electric & Gas
                                        Insurance Services Limited

                                        333 Earle Ovington Boulevard
                                        Ninth Floor
                                        Uniondale, New York 11553
                                        (516) 227-1600

G:\Associated\Roberts\Lit\MOA. ProHacVice(Bailey).doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
BERT C. ROBERTS, JR., Plaintiff          )     Civil Action
                                         )
      v.                                 )     Case No. 1:04-cv-04089-DLC
                                         )
ASSOCIATED ELECTRIC & GAS                )
INSURANCE SERVICES LIMITED, et al,       )
Defendants                               )     Judge Denise L. Cote
                                         )
-------------------------------------------------------x

## AFFIDAVIT OF DAN A. BAILEY, ESQ.
## SEEKING ADMISSION PRO HAC VICE

DAN A. BAILEY, being duly sworn, deposes and says:

1. I am a member of the firm of Bailey Cavalieri LLC, One Columbus, 10 West Broad Street, Columbus, Ohio 43215.

2. I make this Affidavit in accordance with Local Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York in support of my application for admission pro hac vice.

3. I received a B.S. degree from Bowling Green State University in 1975 and a Juris Doctorate from Ohio State University, College of Law in 1978. I am a member in good standing of the Bar of the State of Ohio, admitted to practice before all state Courts in Ohio since 1978. Annexed to this affidavit is a certificate of good standing issued by the Director, Attorney Services Division of the Supreme Court of Ohio.

4. I am also admitted to practice in the United States District Court for the Southern District of Ohio.

5. I have never been held in contempt of court, censured, suspended or disbarred by any court. No disciplinary matters are now pending against me.

6. Associated Electric & Gas Insurance Services Limited has requested that Bailey Cavalieri LLC represent it in this action, with me serving as one of its principal counsel.

7. I am familiar with the provisions of Judicial Code (Title 28 U.S.C.), which pertains to the jurisdiction of and practice in the United States District Court; the Federal Rules of Civil Procedure and the Federal Rules of Evidence; and the Code of Professional Responsibility of the American Bar Association. I have reviewed a copy of the Local Civil Rules of the United States District Court for the Southern District of New York, and undertake to abide by them.

/s/ Dan A. Bailey
DAN A. BAILEY

Sworn to before me this
12th day of July, 2004

/s/ Janet M. Dawson
Notary Public
Notary Republic State of Ohio
My Commission Expires 05-12-09

G:\Associated\Roberts\Lit\Affidavit of Bailey.PHV.doc

2

# The Supreme Court of Ohio

## CERTIFICATE

    I, RICHARD A. DOVE, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Attorney Registration Section of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Daniel Allen Bailey

was admitted to the practice of law in Ohio on November 20, 1978; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

    IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 15th day of July, 2004.

RICHARD A. DOVE
*Director, Attorney Services Division*

*Attorney Services Counsel*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
BERT C. ROBERTS, JR., Plaintiff        )   Civil Action
                                       )
    v.                                 )   Case No. 1:04-cv-04089-DLC
                                       )
ASSOCIATED ELECTRIC & GAS              )
INSURANCE SERVICES LIMITED, et al,     )
Defendants                             )   Judge Denise L. Cote
                                       )
-------------------------------------------------------x

## ORDER GRANTING MOTION FOR ADMISSION OF DAN A. BAILEY PRO HAC VICE

      Louis A. Scarcella, Esq., a member in good standing of the Bar of this Court, having moved for the admission of Dan A. Bailey, Esq., for admission *pro hac vice*, to argue and try this action in whole or in part, and the Court having read and filed the Affidavit of Dan A. Bailey, Esq., sworn to on July 12, 2004, and there being no objections and after due deliberation, it is hereby

      ORDERED, that Dan A. Bailey, Esq., be admitted to the Bar of this Court *pro hac vice* to argue and try this action in whole or in part on behalf of defendant Associated Electric & Gas Insurance Services Limited.

Dated:  New York, New York
        July __, 2004

                                        Honorable Denise L. Cote
                                        United States District Judge

G:\Associated\Roberts\Lit\OrderGrantingMotion.PHV(Bailey).doc