UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                              )
BERT C. ROBERTS, JR.,                                         )
                                                              )
        Plaintiff,                                           )
                                                              )
    v.                                                      )
                                                              )
ASSOCIATED ELECTRIC & GAS                                     )
INSURANCE SERVICES LIMITED,                                   )
CONTINENTAL CASUALTY                                          )
COMPANY, GULF INSURANCE                                       )
COMPANY, SR INTERNATIONAL                                     )
BUSINESS INSURANCE COMPANY,                                   )
STARR EXCEL LIABILITY                                         )
INSURANCE INTERNATIONAL                                       )
LIMITED and TWIN CITY FIRE                                    )
INSURANCE COMPANY,                                            )
                                                              )
        Defendants.                                          )
                                                              )
ASSOCIATED ELECTRIC & GAS                                     )
INSURANCE SERVICES LIMITED.                                   )   Civil Action
                                                              )
        Counter-Claimant,                                    )   Case No. 1:04-CV-04089-DLC
                                                              )
    v.                                                      )
                                                              )   Judge Denise L. Cote
BERT C. ROBERTS,                                              )
                                                              )
        Counterclaim-Defendant,                              )
                                                              )
    and                                                     )
                                                              )
BERNARD EBBERS,                                               )
SCOTT D. SULLIVAN,                                            )
BETTY L. VINSON,                                              )
TROY M. NORMAND,                                              )
ESTATE OF JOHN W. SIDGMORE,                                   )
RONALD BEAUMONT,                                              )
MAX E. BOBBIT,                                                )
FRANCESCO GALESI,                                             )
JUDITH AREEN,                                                 )

| | |
|---|---|
| CARL J. AYCOCK, | ) |
| STILES A. KELLET, JR., | ) |
| DAVID F. MYERS, | ) |
| GORDON S. MACKLIN, | ) |
| JUAN VILLALONGA, | ) |
| JOHN A. PORTER, | ) |
| BUFORD YATES, JR., | ) |
| JAMES C. ALLEN, | ) |
| LAWRENCE A. TUCKER, | ) |
| CLIFFORD ALEXANDER, JR., | ) |
| SUSAN MAYER, and | ) |
| JOHN DOES, 1-50, consisting of those unknown directors and/or officers of WorldCom, Inc. against whom Counter-Claimant is rescinding a certain insurance policy, more fully described herein, | ) ) ) ) ) ) |
| | ) |
| Additional Counterclaim-Defendants Joined on the Counterclaim. | ) ) ) |
| | ) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**DISCLOSURE STATEMENT ON BEHALF
OF DEFENDANT ASSOCIATED ELECTRIC & GAS
INSURANCE SERVICES LIMITED PURSUANT
<u>TO FEDERAL RULES OF CIVIL PROCEDURE 7.1</u>**

In compliance with Rule 7.1 of the Federal Rules of Civil Procedure, defendant Associated Electric & Gas Insurance Services Limited, through its undersigned attorneys, states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: Uniondale, New York
      August 2, 2004

                                        Scarcella Rosen & Slome LLP

                                 By: /s/ Louis A. Scarcella
                                       Louis A. Scarcella (LS-3479)
                                       333 Earle Ovington Boulevard
                                       Ninth Floor
                                       Uniondale, New York 11553
                                       (516) 227-1600
                                       (516) 227-1601 (facsimile)
                                       Lscarcella@srsllp.com

                                              -and-

                                       Michael Goodstein, Esq. (Pro Hac Vice
                                       Admission Pending)
                                       Bailey Cavalieri LLC
                                       10 West Broad Street, Suite 2100
                                       Columbus, Ohio 43215-3422
                                       (614) 229-3231
                                       (614) 221-0479 (facsimile)
                                       Michael.Goodstein@BaileyCavalieri.com

                                       Attorneys for Associated Electric & Gas
                                       Insurance Services Limited

G:\Associated\Roberts\Lit\Ownership statement.doc