UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Bert C. Roberts, Jr.

vs.

Associated Electric & Gas Insurance Services Limited, et al.

No. 04CV04089(DLC)

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, FREDERICK PARSONS, JR., having been duly authorized to make service of the Summons in a Civil Case with Attachment A; Rule 7.1 Statement; Judge's Rules; 3rd Amended Instructions for Filing an Electronic Case or Appeal; Answer, Counterclaim and Jury Demand; Exhibits to Counterclaim and Jury Demand Volume 1 and Exhibits to Counterclaim and Jury Demand Volume II in the above entitled case, hereby depose and say:

    That my date of birth is 12-18-1965.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009-5526 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 6:40 pm on November 18, 2004, I served Susan Mayer at 12429 Rivers Edge Drive, Potomac, Maryland 20854 by serving Susan Mayer, personally.    Described herein:

```
    SEX-   FEMALE
    AGE-   44
 HEIGHT-   5'6"
   HAIR-   BLONDE
 WEIGHT-   130
  COLOR-   WHITE
```

    I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

FREDERICK PARSONS, JR.
Our File#- 143237

SUBSCRIBED and SWORN to before me this 19th day of November, 2004.

_Angela H. Croson_
Notary Public

My commission expires: 03-31-09