```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
BERT C. ROBERTS, JR.,                     :
                                          :
                Plaintiff,                :
                                          :    04 CIV. 4089 (DLC)
        -v-                               :
                                          :        ORDER
ASSOCIATED ELECTRIC & GAS INSURANCE       :
SERVICES LIMITED, existing under the      :
laws of a foreign sovereign;              :
CONTINENTAL CASUALTY COMPANY, an          :
Illinois corporation; GULF INSURANCE      :
COMPANY, a Missouri corporation;          :
SR INTERNATIONAL BUSINESS INSURANCE       :
COMPANY, LTD., STARR EXCESS LIABILITY     :
INSURANCE INTERNATIONAL LIMITED,          :
existing under the laws of foreign        :
sovereign; TWIN CITY FIRE INSURANCE       :
COMPANY; SUSAN MAYER; RONALD R.           :
BEAUMONT; and AEGIS LTD.,                 :
                                          :
                Defendants.               :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

    This case having been resolved, it is hereby

    ORDERED that the Clerk of Court shall close the case.

Dated:    New York, New York
            March 26, 2008

                                                                DENISE COTE
                                          United States District Judge

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 3/26/08]